UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Keaveney Legal Group, LLC
1000 Maplewood Dr
Suite 202
Maple Shade, NJ 08052
800-219-0939
Fax : 856-282-1090

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Warren Levy__ will be substituted as attorney of record for __James DiMaggio__, _____ in this case. [1]

Date: 4/25/22

_____
Signature of Former Attorney

Date: 4/25/22

_____
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

# Select a Case

There was 1 matching person.

There were 118 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| DiMaggio, James (aty) (118 cases) | 14-19375-KCF | Angelina Troncoso | 7 | 05/08/14 | N / A | N / A |
| | 17-21572-CMG | Cyril A. Richards, II | 13 | 06/05/17 | N / A | N / A |
| | 17-26800-MBK | James P. Lagola, Jr. | 13 | 08/18/17 | N / A | N / A |
| | 17-28821-CMG | Margaret Farrell | 13 | 09/15/17 | N / A | N / A |
| | 17-29080-VFP | Joyce Ann Rosenberg | 13 | 09/20/17 | N / A | N / A |
| | 17-31603-MBK | Mary Keers | 13 | 10/25/17 | N / A | N / A |
| | 17-33068-CMG | Bruce A. Stahl | 13 | 11/14/17 | N / A | N / A |
| | 17-33099-VFP | Leslie V. Watson | 13 | 11/14/17 | N / A | N / A |
| | 17-34304-CMG | Rachel L. Carnivale | 13 | 12/01/17 | N / A | N / A |
| | 17-34770-CMG | Harry A. Giunta | 13 | 12/08/17 | N / A | N / A |
| | 17-34984-VFP | Vincent J. Binetti | 13 | 12/12/17 | N / A | N / A |
| | 17-35780-MBK | Yvonne L. Gandolfo | 13 | 12/27/17 | N / A | N / A |
| | 18-12111-RG | Shawn Albright | 13 | 02/01/18 | N / A | N / A |
| | 18-14772-JKS | Joann Adase | 13 | 03/12/18 | N / A | N / A |
| | 18-16979-SLM | Joseph Hartnett and Mary Beth Hartnett | 13 | 04/09/18 | N / A | N / A |
| | 18-21619-CMG | Kurt C. Baumgarten and Barbara A. Baumgarten | 13 | 06/07/18 | N / A | N / A |
| | 18-22251-JNP | Joseph D. Coleman | 13 | 06/18/18 | N / A | N / A |
| | 18-23461-CMG | Piotr Z. Glowacki and Deborah A Glowacki | 13 | 07/03/18 | N / A | N / A |
| | 18-23462-MBK | David L. Smith and Laurel Ann P. Smith | 13 | 07/03/18 | N / A | N / A |
| | 18-24470-SLM | Pedro A. Viera | 13 | 07/19/18 | N / A | N / A |
| | 18-24475-ABA | Brian E. Cobb | 13 | 07/19/18 | N / A | N / A |
| | 18-26037-VFP | Douglas G. Rodgers and Grace | 13 | 08/10/18 | N / A | N / A |

A. Rodgers

| | | | | | |
|---|---|---|---|---|---|
| [18-26530-SLM](#) | Gary Mann | 13 | 08/17/18 | N / A | N / A |
| [18-27431-SLM](#) | Edward Ochoa and Keri L. Theobald-Ochoa | 13 | 08/30/18 | N / A | N / A |
| [18-30668-VFP](#) | Denise A. Mohr | 13 | 10/17/18 | N / A | N / A |
| [18-32066-ABA](#) | Robin D. Williams | 13 | 11/06/18 | N / A | N / A |
| [18-34425-MBK](#) | Steven T. Esemplare | 13 | 12/12/18 | N / A | N / A |
| [19-10008-ABA](#) | Douglas E. Waldron and Patricia L. Waldron | 13 | 01/01/19 | N / A | N / A |
| [19-11430-CMG](#) | Stephen H. McCarthy | 13 | 01/23/19 | N / A | N / A |
| [19-11710-CMG](#) | David A Ruch | 13 | 01/28/19 | N / A | N / A |
| [19-12217-SLM](#) | Herfa Campbell | 13 | 02/01/19 | N / A | N / A |
| [19-14443-MBK](#) | Thomas A. Dieterle, Jr. | 13 | 03/05/19 | N / A | N / A |
| [19-16625-MBK](#) | Michael F. D'Avanzo | 13 | 04/01/19 | N / A | N / A |
| [19-19905-JKS](#) | Omar A. Tano and Maria E. Tano | 7 | 05/15/19 | N / A | N / A |
| [19-20370-CMG](#) | Meggie A. Fasinski | 13 | 05/22/19 | N / A | N / A |
| [19-21289-JNP](#) | Jennifer L. Hayes-Morris | 13 | 06/05/19 | N / A | N / A |
| [19-25004-ABA](#) | Michael R. Walsh and Pamela J. Walsh | 13 | 08/02/19 | N / A | N / A |
| [19-25137-JNP](#) | Jay M. Mastalski | 13 | 08/05/19 | N / A | N / A |
| [19-27097-MBK](#) | Thomas M. Klugewicz and Amy Klugewicz | 13 | 09/05/19 | N / A | N / A |
| [19-27576-ABA](#) | Francis A. Phelan and Angelina Phelan | 13 | 09/13/19 | N / A | N / A |
| [19-29960-JNP](#) | Christopher W. Morgan and Alison E. Morgan | 13 | 10/22/19 | N / A | N / A |
| [19-30856-VFP](#) | Anthony P. Iacona, Sr. and Kathleen A. Iacona | 13 | 11/04/19 | N / A | N / A |
| [19-31507-JKS](#) | Judith Baratta | 13 | 11/14/19 | N / A | N / A |
| [19-31508-CMG](#) | Gordon M. Henwood | 13 | 11/14/19 | N / A | N / A |
| [19-31777-JNP](#) | Christopher M Sink | 13 | 11/19/19 | N / A | N / A |
| [19-31781-JNP](#) | James Thomas Atkins and Robin Lynn Atkins | 13 | 11/19/19 | N / A | N / A |
| [19-32513-ABA](#) | Terethia Lynette Wright | 13 | 12/02/19 | N / A | N / A |
| [19-33174-SLM](#) | Reginald W. Harris | 13 | 12/13/19 | N / A | N / A |

| Case | Debtor | Chapter | Date Filed | Date Closed | Date Dismissed |
|---|---|---|---|---|---|
| 20-10347-JKS | Nadine V. Dewdney | 13 | 01/09/20 | N / A | N / A |
| 20-11031-JNP | Thomas F. Finn | 13 | 01/22/20 | N / A | N / A |
| 20-12173-JNP | Richard J. Gross | 13 | 02/10/20 | N / A | N / A |
| 20-12190-JNP | Scott A. Roberts, Sr. | 13 | 02/10/20 | N / A | N / A |
| 20-14073-JNP | Kenneth F Rice, Jr and Shirley M. Rice | 13 | 03/10/20 | N / A | N / A |
| 20-15459-ABA | Regina M. Dever | 13 | 04/09/20 | N / A | N / A |
| 20-17687-MBK | Kolu Mama Kromah | 13 | 06/18/20 | N / A | N / A |
| 20-17925-JNP | James G. Busch | 13 | 06/26/20 | N / A | N / A |
| 20-18243-ABA | Edgar Colon | 13 | 07/02/20 | N / A | N / A |
| 20-19289-ABA | Robert P. Staub and Margaret M. Staub | 13 | 08/04/20 | N / A | N / A |
| 20-19504-MBK | Diane Miller | 13 | 08/12/20 | N / A | N / A |
| 20-19644-CMG | Chalen Thaka Downs | 13 | 08/17/20 | N / A | N / A |
| 20-20015-JKS | William L. Whitehead | 13 | 08/28/20 | N / A | N / A |
| 20-21557-MBK | Vincent Joseph Brady | 13 | 10/12/20 | N / A | N / A |
| 21-10523-VFP | Alfonso Delgado, Jr. | 13 | 01/22/21 | N / A | N / A |
| 21-11276-CMG | Michele Mestolo Neto and Anastasia M. Peroustianis | 13 | 02/17/21 | N / A | N / A |
| 21-11577-MBK | Bianca E. Macciola | 13 | 02/26/21 | N / A | N / A |
| 21-11954-JNP | Michael Fantazzia | 13 | 03/11/21 | N / A | N / A |
| 21-12625-ABA | Latrece Bishop | 7 | 03/31/21 | N / A | N / A |
| 21-12780-ABA | Jennifer Hall | 13 | 04/05/21 | N / A | N / A |
| 21-12789-MBK | Jennifer Dede | 13 | 04/05/21 | N / A | N / A |
| 21-12960-MBK | Michael Miksza and Lisa Miksza | 13 | 04/09/21 | N / A | N / A |
| 21-13165-JNP | Maxie Legette, Jr and Terry D. Legette | 13 | 04/19/21 | N / A | N / A |
| 21-13718-MBK | Lauren N. Blinebury | 13 | 05/04/21 | N / A | N / A |
| 21-14349-KCF | Joseph A. Tucker | 7 | 05/25/21 | N / A | N / A |
| 21-14841-MBK | Betty Ann Smith | 13 | 06/14/21 | N / A | N / A |
| 21-14842-ABA | Retha Lindsey | 13 | 06/14/21 | N / A | N / A |
| 21-14895-MBK | Robert Anthony Colon | 13 | 06/15/21 | N / A | N / A |
| 21-16054-MBK | Yolanda Alvarez | 13 | 07/28/21 | N / A | N / A |
| 21-16452-MBK | Stephanie F. Haynes | 13 | 08/11/21 | N / A | N / A |

| Case | Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| [21-16719-MBK](#) | Michael D Josephson and Jessica F Josephson | 13 | 08/24/21 | N / A | N / A |
| [21-16788-ABA](#) | Carmelo A. Ortiz | 13 | 08/25/21 | N / A | N / A |
| [21-17124-RG](#) | Jennifer Frawley | 7 | 09/09/21 | N / A | N / A |
| [21-17278-CMG](#) | Olga Olah | 13 | 09/15/21 | N / A | N / A |
| [21-17307-ABA](#) | Patrica A. Zarin | 13 | 09/17/21 | N / A | N / A |
| [21-17490-MBK](#) | Christopher Paul Carroll | 13 | 09/24/21 | N / A | N / A |
| [21-18139-JNP](#) | June Ann Ryan | 13 | 10/19/21 | N / A | N / A |
| [21-18272-MBK](#) | Kyle Kevin Adams | 13 | 10/25/21 | N / A | N / A |
| [21-18323-MBK](#) | Malcolm Thomas Cuff | 13 | 10/26/21 | N / A | N / A |
| [21-18599-SLM](#) | Chaniel A. Chirino | 13 | 11/05/21 | N / A | N / A |
| [21-18882-CMG](#) | Jozsef Gartai | 7 | 11/16/21 | N / A | N / A |
| [21-18890-ABA](#) | James Garcia and Carla E. Garcia | 13 | 11/16/21 | N / A | N / A |
| [21-18967-MBK](#) | Jenna S. LePore | 13 | 11/18/21 | N / A | N / A |
| [21-19066-KCF](#) | Alvaro Pelaez Nava and Magdalena Avila | 7 | 11/23/21 | N / A | N / A |
| [21-19398-MBK](#) | John Volker | 13 | 12/06/21 | N / A | N / A |
| [21-19563-RG](#) | Andrew P. Selby, Jr. | 13 | 12/13/21 | N / A | N / A |
| [21-19631-MBK](#) | Alfredo Sandoval | 13 | 12/15/21 | N / A | N / A |
| [21-19770-ABA](#) | Michael Jacob Smith | 13 | 12/21/21 | N / A | N / A |
| [22-10020-RG](#) | Solia Cecelia Hines | 13 | 01/03/22 | N / A | N / A |
| [22-10205-MBK](#) | Milton N. Ortega | 13 | 01/10/22 | N / A | N / A |
| [22-10353-ABA](#) | Michael J. Croker | 13 | 01/17/22 | N / A | N / A |
| [22-10444-JNP](#) | Alene K Louden | 13 | 01/19/22 | N / A | N / A |
| [22-10830-JNP](#) | Irina P. Berzina | 13 | 02/01/22 | N / A | N / A |
| [22-10915-MBK](#) | Roger A. Plew | 13 | 02/03/22 | N / A | N / A |
| [22-10979-ABA](#) | Kelli Brenda-Jean Beachum | 7 | 02/07/22 | N / A | N / A |
| [22-11070-RG](#) | Ana Maria Correa | 13 | 02/10/22 | N / A | N / A |
| [22-11484-MBK](#) | Ronald S Wilczynski and Nancy R. Ravaioli | 13 | 02/25/22 | N / A | N / A |
| [22-11496-CMG](#) | John F Toye | 7 | 02/25/22 | N / A | N / A |
| [22-11502-VFP](#) | James Clarence Grier, Jr. and Leah D. Grier | 13 | 02/25/22 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| [22-11792-SLM](#) | S. Muhammad Makil | 13 | 03/07/22 | N / A | N / A |
| [22-11840-ABA](#) | Kinyada M. Frazier | 7 | 03/08/22 | N / A | N / A |
| [22-12194-ABA](#) | Glendaly C. Cosme | 7 | 03/18/22 | N / A | N / A |
| [22-12453-MBK](#) | Christopher J. Ebert | 13 | 03/28/22 | N / A | N / A |
| [22-12818-RG](#) | Robert S Greer | 13 | 04/06/22 | N / A | N / A |
| [22-12858-SLM](#) | Edwin J. Guerrero | 13 | 04/07/22 | N / A | N / A |
| [22-12883-SLM](#) | Michael L. D'Aries, Sr. | 13 | 04/08/22 | N / A | N / A |
| [22-12957-KCF](#) | Kyleen R. Welch | 7 | 04/11/22 | N / A | N / A |
| [22-12972-CMG](#) | Stephanie Carol Mihalczo | 13 | 04/12/22 | N / A | N / A |
| [22-13139-MBK](#) | Debra A. Pytlewski | 13 | 04/18/22 | N / A | N / A |
| [22-13182-ABA](#) | Rebecca L. Cardy | 7 | 04/19/22 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/21/2022 15:37:09 | | | |
| **PACER Login:** | jdimaggio555 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | LName: DiMaggio FName: James Open Cases: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |