| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>HERFA CAMPBELL | Case No.: 19-12217<br><br>Adv. No.:<br><br>Hearing Date:  09/13/2023<br><br>Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/09/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
HERFA CAMPBELL
589 W. GRAND AVENUE
RAHWAY, NJ  07065
Mode of Service:  Regular Mail

Attorney for Debtor(s):
KEAVENEY LEGAL GROUP, LLC
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052
Mode of Service:  ECF and/or Regular Mail

Dated:  August 09, 2023

By:  /S/  Jessica Antoine
Jessica Antoine